IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY EDMONDS, | ) | |
| Plaintiff | ) | 2:07cv1280 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge David Stewart Cercone/ |
| THE MERCER COUNTY JAIL; WARDEN | ) | Magistrate Judge Amy Reynolds Hay |
| JEFFARY GILL; DEPUTY WARDEN | ) | |
| GRAIG; DEP. WARDEN MORGANSON; | ) | |
| CORR. OFFICER NOVAK, | ) | |
| Defendants | ) | |

## MEMORANDUM ORDER

AND NOW, this 14 day of August, 2008, after the Plaintiff, Henry Edmonds, filed an action in the above-captioned case, and after Defendant the Mercer County Jail filed a Motion to Dismiss, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until July 28, 2008, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss fDocument No. 19] is GRANTED. This action is dismissed against defendant Mercer County Jail with prejudice.

DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Henry Edmonds
Trumbull County Jail
150 High Street
Warren, OH 44481

Marie Milie Jones, Esquire
Michael R. Lettrich, Esquire
Meyer, Darragh, Buckler, Bebenek & Eck
600 Grant Street
USX Tower, Suite 4850
Pittsburgh, PA 15219