IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY EDMONDS, | ) | |
| Plaintiff | ) | 2:07cv1280 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge David Stewart Cercone/ |
| JEFFARY GILL; DEPUTY WARDEN | ) | Magistrate Judge Amy Reynolds Hay |
| GRAIG; DEP. WARDEN MORGANSON; | ) | |
| CORR. OFFICER NOVAK, | ) | |
| Defendants | ) | |

## MEMORANDUM ORDER

AND NOW, this 19 day of September, 2008, after the Plaintiff, henry Edmonds, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the plaintiff until September 12, 2008 to file written objections thereto, and no objections having been filed to the report and recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint in the above-captioned case [Dkt. 4] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

DAVID STEWART CERCONE
United States District Judge

cc:     Honorable Amy Reynolds Hay
United States Magistrate Judge

Henry Edmonds
Trumbull County Jail
150 High Street
Warren, OH 44481

Michael R. Lettrich, Esquire
Marie Milie Jones, Esquire
Meyer, Darragh, Buckler, Bebenek & Eck
600 Grant Street
USX Tower, Suite 4850
Pittsburgh, PA 15219